**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION**

| | | |
|---|---|---|
| **BARBARA JANE DOOLEY and**<br>**JAMES DOOLEY,** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | **CIVIL NO. 2:05cv215** |
| **v** | ) | |
| | ) | |
| **ORCHID ISLAND JUICE CO., INC.,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiffs' motion for admission *pro hac vice* of William D. Marler and Denis W. Stearns, to appear as counsel for the plaintiffs in this matter. Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiffs' motion is **ALLOWED**, and that William D. Marler and Denis W. Stearns are hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

**Signed: August 31, 2005**

Dennis L. Howell
United States Magistrate Judge