FILED
ASHEVILLE, N. C.

OCT 2 7 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

BARBARA and )
JAMES DOOLEY, )
                               )
             Plaintiffs, )
                               )
vs. )
                               )
                               )
ORCHID ISLAND JUICE CO., INC., )
             Defendant. )
                               )

Civil Action File No. 2:05CV215
**CONSENT ORDER FOR EXTENSION
OF TIME TO FILE ANSWER
OR RESPONSIVE PLEADING**

## CONSENT ORDER

Upon the consent of the parties, through their counsel, the time for defendant to file its Answer or other responsive pleading is hereby extended to and including November 15, 2005, in accordance with Local Rule 77.1 of the Local Rules for the United States District Court for the Western District of North Carolina.

This the 27th day of October, 2005.

_Elizabeth G. Barton_
Deputy Clerk