IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| BARBARA JANE and JAMES DOOLEY, ) </br> ) </br> Plaintiffs ) </br> ) </br> v ) </br> ) </br> ORCHID ISLAND JUICE COMPANY, INC., ) </br> ) </br> Defendant. ) | CIVIL NO. 2:05cv215 |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Mark R. Antonelli and Devang Desai of the law firm of Gaebe, Mullen, Antonelli, Esco & DiMatteo to appear as additional counsel for the defendant in this matter filed on December 9, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Mark R. Antonelli and Devang Desai are hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

**Signed: December 12, 2005**

Dennis L. Howell
United States Magistrate Judge