IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL NO. 2:05CV215

BARBARA JANE and JAMES DOOLEY,

    Plaintiffs,

v.

ORCHID ISLAND JUICE CO., INC.,

    Defendant.

## VOLUNTARY ORDER OF DISMISSAL

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiffs Barbara Jane and James Dooley, by their counsel Denis W. Stearns and Mark C. Kurdys, and Orchid Island Juice Co., Inc. by its counsel Mark R. Antonelli, Devang Desai and W.O. Brazil, hereby stipulate and agree that this action shall be and is hereby dismissed, with prejudice. It is further stipulated and agreed by the Plaintiffs and the Defendant that they shall each bear their own costs and attorney fees incurred in conjunction with the prosecution and defense of this litigation.

Upon entry, the Clerk is directed to serve a certified copy of this Order upon all counsel of record.

ENTERED this 23rd day of October, 2006.

_____
Honorable Lacy Thornburg
United States District Judge

BARBARA JANE and JAMES DOOLEY v. ORCHID ISLAND JUICE CO.
CASE NO: 2:05CV215

**PRESENTED BY:**

William D. Marler, Esq. (Wash. State Bar No. 17233)
Denis W. Stearns, Esq. (Wash. State Bar No. 22004)
*Admitted Pro Hac Vice*
Marler Clark, L.L.P., P.S.
6600 Columbia Tower
701 Fifth Avenue
Seattle, WA 98104
206-346-1890
**Counsel for Plaintiff Heather Dowdy**

Mark C. Kurdys, Esq. (State Bar No. 13374)
ROBERTS & STEVENS, P.A.
P.O. Box 7647
Asheville, NC 28802
**Counsel for Plaintiff Heather Dowdy**

Gaebe, Mullen, Antonelli, Esco & DiMatteo
Mark R. Antonelli, Esq. (Fla. Bar No. 356948)
Devang Desai, Esq. (Fla. Bar No. 664421)
*Admitted Pro Hac Vice*
420 South Dixie Highway, 3rd Floor
Coral Gables, Florida 33146
305-667-0223
**Counsel for Defendant Orchid Island Juice Co., Inc.**

W.O. Brazil, III, Esq. (State Bar No: 16568)
Cogburn, Goosmann, Brazil & Rose, P.A.
P.O. Box 16568
Asheville, NC 28802
**Counsel for Defendant Orchid Island Juice Co., Inc.**